**DISMISS and Opinion Filed November 1, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00388-CV**

**JIMMECA L. WALKER, Appellant**

**V.**

**SC MARQUEE LLC (CI MANAGEMENT), Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-07594-B**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 29, 2024. By postcard dated August 30, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                            /Amanda L. Reichek/
                            AMANDA L. REICHEK

240388F.P05               JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

JIMMECA L. WALKER, Appellant

No. 05-24-00388-CV     V.

SC MARQUEE LLC (CI MANAGEMENT), Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-07594-B.
Opinion delivered by Justice Reichek. Justices Nowell and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered November 1, 2024